IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEAN M. RIECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 05-209-PK |
| v. | ) |
| | ) O R D E R |
| JAVELIN HARDY, WILL MCDOWELL, | ) |
| and CRAIG BACHMAN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Dean M. Rieck
133 N. W. Sixth Avenue
Portland, Oregon 97209

    Pro Se Plaintiff

Michelle A. Bellia
Office of Multnomah County Attorney
501 S. E. Hawthorne Blvd, Suite 500
Portland, Oregon 97214

    Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 13, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#20).

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#16) is granted. This action is dismissed without prejudice.

DATED this __3rd__ day of January, 2006.

      /s/ Garr M. King
      GARR M. KING
      United States District Judge